[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 12-11912
Non-Argument Calendar

_____

D.C. Docket No. 9:03-cr-80039-DTKH-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICKY KINWARD MANNING,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 30, 2012)

Before CARNES, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

Robin Cindy Rosen-Evans, appointed counsel for Ricky Kinward Manning

in this 18 U.S.C. § 3582(c)(2) appeal, has filed a motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of § 3582(c)(2) relief is **AFFIRMED**.